# Hillel I. Parness

(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002
Parness Law Firm, PLLC • www.hiplaw.com • hip@hiplaw.com
136 Madison Avenue, 6th Floor • New York, New York  10016

November 18, 2019                                                                                       VIA ECF

Judge John G. Koeltl
United States District Judge
United States District Court, Courtroom 619
40 Foley Square
New York, New York  10007

       Re:    Mancha v. Scripps Media, Inc., 19-cv-9179 (JGK)

Dear Judge Koeltl:

I am counsel to Defendant Scripps Media, Inc. ("Scripps") in the above-referenced matter. Earlier today, I requested that the Court schedule a pre-motion conference in connection with Scripps' planned motion to dismiss. ECF 4. Your Honor granted the request and scheduled a pre-motion conference for November 25, 2019 at 3 p.m. I am writing to respectfully request adjournment of that conference to the week of December 16, 2019. The reason for the request is I will be out of town from November 21 through 28, and on trial in New Jersey starting December 2, with the end date uncertain.

This is the first request for an adjournment of the November 25, 2019 conference. I have conferred with opposing counsel, who consents to this request.

                                                                 Respectfully submitted,

                                                                 Hillel I. Parness

cc:    Counsel of Record (via ECF)

*Adjourned to Monday, December 16, 2019, at 3:00PM*

*So Ordered.*

11/19/19.  /s/ John G. Koeltl
                  USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/19/19