UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12.17.19

VICTORIA MANCHA,

                Plaintiff,

    - against -

SCRIPPS MEDIA, INC.,

                Defendant.

19cv9179 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The defendant will move or answer by **January 17, 2020**. If the defendant moves, the plaintiff should respond by **February 7, 2020**. The defendants may then reply by **February 17, 2020**. If there is no motion, the parties should submit a Rule 26(f) report by **January 17, 2020**.

**SO ORDERED.**

Dated:    New York, New York
           December 16, 2019

                                      John G. Koeltl
                                      United States District Judge