UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA MANCHA,

              Plaintiff,

- against -

SCRIPPS MEDIA, INC.,

              Defendant.

19cv9179 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2·11·20

**JOHN G. KOELTL, District Judge:**

On January 17, 2020, the defendant moved to dismiss the complaint, and also asked the Court for attorney's fees and to sanction plaintiff's counsel in the event the Court dismissed the complaint. Dkt. No. 11. On February 7, 2020, the plaintiff filed an amended complaint. Dkt. No. 14. Therefore, the defendant's motion to dismiss and conditional motions for sanctions and attorney's fees are **denied without prejudice as moot.**

The defendant may move or answer against the amended complaint by March 2, 2020. If the defendant moves, the plaintiff may respond by March 23, 2020. The defendant may then reply by April 2, 2020.

The Clerk is directed to close Docket No. 11.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **February 10, 2020**

                                               **John G. Koeltl**
                                      **United States District Judge**