# Hillel I. Parness

(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002
Parness Law Firm, PLLC • www.hiplaw.com • hip@hiplaw.com
136 Madison Avenue, 6th Floor • New York, New York  10016

November 1, 2020                                                                                    VIA ECF

Judge John G. Koeltl
United States District Judge
United States District Court, Courtroom 619
40 Foley Square
New York, New York  10007

Re:   Mancha v. Scripps Media, Inc., 19-cv-9179 (JGK)

Dear Judge Koeltl:

I am counsel to Defendant Scripps Media, Inc. ("Scripps") in the above-referenced copyright infringement matter brought by Plaintiff Victoria Mancha ("Mancha"), via her counsel Richard Liebowitz. On October 30, 2020, the Court issued a Minute Entry, scheduling oral argument in connection with Scripps' motion to dismiss the Amended Complaint to take place at 3:30 p.m. on November 17, 2020.

As I have advised Mr. Liebowitz, I already have an oral argument scheduled in another matter to take place at 4:00 p.m. that dame day, and therefore seek to reschedule the oral argument in this matter. In accordance with Section I.E. of Your Honor's Individual Practices, I am writing to request that the Court reschedule the argument to the afternoon of November 25, 2020 (which is available for counsel to both parties), or such other date that is convenient for the Court and the parties. This is the first request for adjournment or extension, and opposing counsel consents to the request.

Respectfully submitted,

*[signature]*

Hillel I. Parness

cc:   Counsel of Record (via ECF)

ORAL ARGUMENT WILL BE HELD ON MONDAY, NOVEMBER 16, 2020, AT 3:00PM.

SO ORDERED.

*[signature]*
11/2/20    USDJ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2020