UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————

VICTORIA MANCHA,

                         Plaintiff,                    19-cv-9179 (JGK)

        - against -                                    ORDER

SCRIPPS MEDIA, INC.,

                         Defendant.
———————————————————————

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record during the conference
held today, the motion to dismiss is **granted** without prejudice.
The plaintiff may file an amended complaint by **December 18,
2020.** If the plaintiff fails to file an amended complaint by
that date, the case will be dismissed with prejudice. If the
plaintiff files an amended complaint, the defendant shall move
or answer within the time limits set out by the Federal Rules of
Civil Procedure. No pre-motion conference is necessary.

    The request for costs and fees pursuant to 17 U.S.C. § 505
and the motion for sanctions pursuant to 28 U.S.C. § 1927 are
**denied.**

    The Clerk is directed to close docket no. 16.

SO ORDERED.

Dated:    New York, New York
          November 16, 2020

                                    ——————————————————————
                                         John G. Koeltl
                                    United States District Judge